U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 28, 2025

VIA ECF
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

>   Re:  *Natalya Sindyeyva v. Emmel, et al.*, No. 25 Civ. 2913 (JLR)

Dear Judge Rochon:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Immigrant Petition by Regional Center Investor (Form I-526E).  On behalf of the government, I write respectfully to request a further extension of the government's time to respond to the complaint from August 29, 2025, until December 31, 2025, as well as an adjournment of the initial pretrial conference currently scheduled for July 29, 2025, to a date after December 31, 2025.

      The reason for this request is that USCIS has issued a Request for Evidence ("RFE") that provides the plaintiff until October 14, 2025, to respond.  Once the plaintiff responds to the RFE, USCIS will need additional time, anywhere from 60 and 90 days to process and review the case and to decide upon the next adjudicatory action, which may result in a consensual resolution of this matter without need further litigation.

      This is the government's first request for an adjournment of the conference.  One extension has been granted to the government on the deadline for responding to the complaint.  Dkt. 22. Plaintiff consents to this request.

      I apologize for not making this request 48 hours before the scheduled conference.  I conferred with opposing counsel last week, but due to an oversight failed to file this letter once the parties had conferred regarding the requested extension and adjournment.

---

The requested adjournment and extension are GRANTED.  The deadline for Defendants to answer or otherwise respond to the Complaint is **December 31, 2025**. The initial pretrial conference is adjourned to **January 20, 2026 at 10:00 a.m.**

Date:  July 28, 2025
         New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

I thank the Court for its consideration of this request.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

By:    *s/ Leslie A. Ramirez-Fisher*
        LESLIE A. RAMIREZ-FISHER
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-0378
        E-mail: leslie.ramirez-fisher@usdoj.gov
        *Attorney for Defendants*

cc:  Counsel of record (via ECF)